# EXHIBIT A

| IP | ISP | Date/Time (CST) | Torrent |
|---|---|---|---|
| 67.159.44.182 | Activo Systems | 9/25/10 8:34 PM | Alanah Rae |
| 69.26.148.135 | Aerioconnect | 9/25/10 7:04 PM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 24.170.235.1 | Antietam Cable Television | 9/19/10 5:24 PM | Natasha Nice Throated |
| 74.211.76.136 | Baja Broadband | 9/25/10 1:03 AM | ItsABigBlackThing.com - Lacey Duvalle |
| 71.91.76.42 | Charter | 9/22/10 12:08 PM | rebecca blue - throated.wmv |
| 75.143.93.48 | Charter | 9/26/10 8:47 AM | inya-Throated.10.07.23.Angelina.Valentine.2.wmv |
| 71.92.209.182 | Charter | 9/24/10 11:08 PM | ItsABigBlackThing.com - Lacey Duvalle |
| 96.41.4.172 | Charter | 9/21/10 10:07 AM | Aliyah Likit |
| 75.140.3.5 | Charter | 9/22/10 2:41 PM | Lexi Bloom.wmv |
| 68.190.232.30 | Charter | 9/25/10 10:10 AM | Alanah Rae |
| 68.184.38.161 | Charter | 9/21/10 10:07 AM | Aliyah Likit |
| 24.207.135.220 | Charter | 9/22/10 12:08 PM | rebecca blue - throated.wmv |
| 66.190.158.28 | Charter | 9/25/10 7:09 PM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 66.189.145.192 | Charter | 9/21/10 10:07 AM | Aliyah Likit |
| 75.138.249.112 | Charter | 9/21/10 10:18 AM | Lexi Bloom.wmv |
| 68.187.45.162 | Charter | 9/25/10 10:31 AM | Aliyah Likit |
| 68.113.144.158 | Charter | 9/21/10 10:04 AM | throated - danica dillan.wmv |
| 68.117.98.15 | Charter | 9/25/10 12:53 AM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 97.83.235.120 | Charter | 9/25/10 12:23 AM | Addison Heart |
| 24.196.45.202 | Charter | 9/24/10 10:30 PM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 71.20.8.127 | Clearwire Corp | 9/19/10 5:21 PM | throated nika 2.wmv |
| 96.25.82.164 | Clearwire Corp | 9/25/10 8:34 PM | 1f_tanner_mayes2.wmv |
| 71.21.93.129 | Clearwire Corp | 9/26/10 8:59 AM | ItsABigBlackThing.com - Lacey Duvalle |
| 209.162.3.241 | Comcast Cable | 9/22/10 1:18 PM | Lexi Bloom.wmv |
| 75.72.180.73 | Comcast Cable | 9/22/10 1:18 PM | Addison Heart |
| 24.118.139.55 | Comcast Cable | 9/21/10 12:02 PM | throated - danica dillan.wmv |
| 76.17.250.15 | Comcast Cable | 9/21/10 10:07 AM | Aliyah Likit |
| 71.193.66.232 | Comcast Cable | 9/19/10 4:24 PM | Aliyah Likit |
| 98.211.177.16 | Comcast Cable | 9/25/10 8:34 PM | OnlyTeenBlowJobs.10.08.11.Tia.Cyrus.XXX.1080p.wmv |
| 65.34.216.26 | Comcast Cable | 9/25/10 3:28 AM | throated - danica dillan.wmv |
| 75.74.9.170 | Comcast Cable | 9/25/10 7:13 PM | OnlyTeenBlowJobs.10.08.11.Tia.Cyrus.XXX.1080p.wmv |

| IP Address | ISP | Date/Time | File |
|---|---|---|---|
| 68.58.200.152 | Comcast Cable | 9/25/10 11:22 AM | Aliyah Likit |
| 98.249.30.28 | Comcast Cable | 9/24/10 10:27 PM | Addison Heart |
| 75.64.208.173 | Comcast Cable | 9/25/10 6:59 PM | Alicia Rhodes |
| 76.98.232.58 | Comcast Cable | 9/25/10 10:10 AM | Alanah Rae |
| 68.44.178.115 | Comcast Cable | 9/25/10 8:34 PM | Alexis Amore |
| 68.36.254.5 | Comcast Cable | 9/25/10 1:12 PM | Alanah Rae |
| 68.44.102.35 | Comcast Cable | 9/24/10 10:34 PM | ItsABigBlackThing.com - Lacey Duvalle |
| 68.39.27.149 | Comcast Cable | 9/25/10 12:32 PM | Alanah Rae |
| 71.230.56.21 | Comcast Cable | 9/25/10 6:07 PM | Alexis Amore |
| 174.59.223.236 | Comcast Cable | 9/21/10 10:18 AM | Lexi Bloom.wmv |
| 71.225.221.47 | Comcast Cable | 9/24/10 10:27 PM | Aiden Starr |
| 71.237.195.101 | Comcast Cable | 9/22/10 2:31 PM | throated - danica dillan.wmv |
| 76.115.200.94 | Comcast Cable | 9/24/10 10:30 PM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 24.21.190.194 | Comcast Cable | 9/25/10 8:34 PM | Alanah Rae |
| 71.237.131.197 | Comcast Cable | 9/25/10 2:03 AM | OnlyTeenBlowJobs.10.08.11.Tia.Cyrus.XXX.1080p.wmv |
| 24.21.216.143 | Comcast Cable | 9/26/10 8:58 AM | inya-Throated.10.07.23.Angelina.Valentine.2.wmv |
| 71.193.196.76 | Comcast Cable | 9/19/10 4:24 PM | Aliyah Likit |
| 71.56.130.142 | Comcast Cable | 9/22/10 12:21 PM | throated nika 2.wmv |
| 68.51.111.56 | Comcast Cable | 9/21/10 10:27 AM | Lexi Bloom.wmv |
| 67.162.31.33 | Comcast Cable | 9/26/10 9:45 AM | Alexis Amore |
| 67.173.110.212 | Comcast Cable | 9/24/10 10:36 PM | Lexi Bloom.wmv |
| 24.14.165.61 | Comcast Cable | 9/19/10 4:24 PM | Aliyah Likit |
| 24.1.252.36 | Comcast Cable | 9/22/10 12:22 PM | throated nika 2.wmv |
| 98.227.115.234 | Comcast Cable | 9/19/10 6:19 PM | Aliyah Likit |
| 71.194.198.133 | Comcast Cable | 9/24/10 11:15 PM | ItsABigBlackThing.com - Lacey Duvalle |
| 98.223.176.75 | Comcast Cable | 9/19/10 6:44 PM | throated nika 2.wmv |
| 98.220.154.63 | Comcast Cable | 9/25/10 10:01 AM | Alicia Rhodes |
| 67.185.114.184 | Comcast Cable | 9/26/10 9:55 AM | Natasha Nice Throated |
| 24.17.12.94 | Comcast Cable | 9/22/10 11:47 AM | throated - danica dillan.wmv |
| 76.104.128.50 | Comcast Cable | 9/24/10 10:27 PM | Aiden Starr |
| 71.197.214.153 | Comcast Cable | 9/24/10 10:27 PM | Throated.-.Jessica.Bangkok |
| 71.231.160.178 | Comcast Cable | 9/25/10 8:34 PM | rebecca blue - throated.wmv |

| IP Address | ISP | Date/Time | File |
|---|---|---|---|
| 24.18.46.171 | Comcast Cable | 9/25/10 12:46 PM | rebecca blue - throated.wmv |
| 71.231.107.160 | Comcast Cable | 9/24/10 11:08 PM | Lexi Bloom.wmv |
| 24.41.60.52 | Comcast Cable | 9/24/10 11:15 PM | Lexi Bloom.wmv |
| 69.181.180.176 | Comcast Cable | 9/25/10 5:13 AM | Lexi Bloom.wmv |
| 67.164.40.113 | Comcast Cable | 9/19/10 9:18 PM | Addison Heart |
| 76.103.223.245 | Comcast Cable | 9/21/10 10:18 AM | Lexi Bloom.wmv |
| 76.102.229.128 | Comcast Cable | 9/25/10 8:34 PM | Lexi Bloom.wmv |
| 24.4.89.30 | Comcast Cable | 9/19/10 6:09 PM | rebecca blue - throated.wmv |
| 69.181.230.50 | Comcast Cable | 9/25/10 8:34 PM | Lexi Bloom.wmv |
| 71.202.233.189 | Comcast Cable | 9/25/10 4:47 PM | Aliyah Likit |
| 24.130.218.186 | Comcast Cable | 9/24/10 11:15 PM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 76.105.27.237 | Comcast Cable | 9/21/10 10:18 AM | Lexi Bloom.wmv |
| 67.188.82.198 | Comcast Cable | 9/19/10 9:04 PM | Aliyah Likit |
| 24.130.223.79 | Comcast Cable | 9/25/10 10:10 AM | Alanah Rae |
| 24.4.37.126 | Comcast Cable | 9/25/10 11:47 AM | Alicia Rhodes |
| 67.170.202.218 | Comcast Cable | 9/25/10 12:46 PM | rebecca blue - throated.wmv |
| 67.170.250.213 | Comcast Cable | 9/25/10 12:07 PM | Aliyah Likit |
| 76.25.244.46 | Comcast Cable | 9/19/10 5:21 PM | Aliyah Likit |
| 174.51.37.66 | Comcast Cable | 9/24/10 10:30 PM | throated nika 2.wmv |
| 76.113.47.194 | Comcast Cable | 9/21/10 10:04 AM | throated - danica dillan.wmv |
| 68.54.9.77 | Comcast Cable | 9/25/10 10:10 AM | Alanah Rae |
| 68.51.51.229 | Comcast Cable | 9/25/10 3:03 AM | ItsABigBlackThing.com - Lacey Duvalle |
| 98.192.195.117 | Comcast Cable | 9/24/10 10:27 PM | Throated.-.Jessica.Bangkok |
| 98.199.228.98 | Comcast Cable | 9/26/10 8:58 AM | ItsABigBlackThing.com - Lacey Duvalle |
| 98.199.213.234 | Comcast Cable | 9/21/10 3:43 PM | Aliyah Likit |
| 76.19.39.70 | Comcast Cable | 9/25/10 8:34 PM | Lexi Bloom.wmv |
| 24.63.244.240 | Comcast Cable | 9/25/10 8:04 PM | Natasha Nice Throated |
| 98.217.216.207 | Comcast Cable | 9/19/10 4:34 PM | Natasha Nice Throated |
| 24.91.97.50 | Comcast Cable | 9/24/10 11:03 PM | throated - danica dillan.wmv |
| 24.218.204.37 | Comcast Cable | 9/21/10 12:02 PM | Lexi Bloom.wmv |
| 76.118.178.204 | Comcast Cable | 9/25/10 10:10 AM | Alanah Rae |
| 24.91.220.83 | Comcast Cable | 9/24/10 10:30 PM | rebecca blue - throated.wmv |

| IP Address | ISP | Date/Time | File |
|---|---|---|---|
| 71.61.6.94 | Comcast Cable | 9/24/10 11:08 PM | Lexi Bloom.wmv |
| 76.17.103.64 | Comcast Cable | 9/25/10 3:53 AM | ItsABigBlackThing.com - Lacey Duvalle |
| 76.105.102.22 | Comcast Cable | 9/24/10 11:58 PM | Addison Heart |
| 24.126.157.16 | Comcast Cable | 9/19/10 9:19 PM | Aliyah Likit |
| 76.22.253.57 | Comcast Cable | 9/19/10 6:33 PM | rebecca blue - throated.wmv |
| 98.193.189.112 | Comcast Cable | 9/24/10 11:15 PM | Lexi Bloom.wmv |
| 98.148.4.248 | Comcast Cable | 9/22/10 3:01 PM | Lexi Bloom.wmv |
| 76.90.209.176 | Comcast Cable | 9/21/10 12:12 PM | Aliyah Likit |
| 76.169.90.106 | Comcast Cable | 9/22/10 11:47 AM | throated - danica dillan.wmv |
| 76.168.52.132 | Comcast Cable | 9/19/10 4:19 PM | rebecca blue - throated.wmv |
| 76.94.241.210 | Comcast Cable | 9/25/10 9:58 AM | Aliyah Likit |
| 67.103.199.18 | Covad Communications Corp | 9/25/10 7:00 PM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 70.170.82.11 | Cox Communications | 9/25/10 5:33 AM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 70.170.1.136 | Cox Communications | 9/24/10 10:30 PM | Aiden Starr |
| 70.173.194.220 | Cox Communications | 9/21/10 10:07 AM | Aliyah Likit |
| 68.2.106.164 | Cox Communications | 9/22/10 12:25 PM | Lexi Bloom.wmv |
| 72.208.155.112 | Cox Communications | 9/26/10 9:40 AM | Bobbi Starr - Throated.mp4 |
| 68.110.92.68 | Cox Communications | 9/25/10 2:03 AM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 68.98.12.160 | Cox Communications | 9/19/10 6:33 PM | Aliyah Likit |
| 72.208.145.10 | Cox Communications | 9/24/10 10:36 PM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 70.176.119.167 | Cox Communications | 9/22/10 12:36 PM | throated - danica dillan.wmv |
| 98.165.133.186 | Cox Communications | 9/24/10 10:36 PM | Lexi Bloom.wmv |
| 70.176.37.75 | Cox Communications | 9/21/10 1:32 PM | throated - danica dillan.wmv |
| 24.251.108.16 | Cox Communications | 9/24/10 10:31 PM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 70.178.197.19 | Cox Communications | 9/25/10 12:13 AM | Natasha Nice Throated |
| 174.66.177.111 | Cox Communications | 9/19/10 6:33 PM | Aliyah Likit |
| 72.197.245.124 | Cox Communications | 9/25/10 12:08 AM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 174.66.161.50 | Cox Communications | 9/24/10 11:28 PM | Aiden Starr |
| 68.111.72.178 | Cox Communications | 9/25/10 7:49 PM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 68.7.155.103 | Cox Communications | 9/22/10 12:22 PM | Aliyah Likit |
| 98.176.4.34 | Cox Communications | 9/22/10 12:25 PM | Lexi Bloom.wmv |
| 68.225.237.4 | Cox Communications | 9/21/10 10:18 AM | Lexi Bloom.wmv |

| IP Address | ISP | Date/Time | File |
|---|---|---|---|
| 70.188.242.202 | Cox Communications | 9/21/10 1:03 PM | Aliyah Likit |
| 68.11.231.173 | Cox Communications | 9/25/10 10:01 AM | Alicia Rhodes |
| 68.11.27.241 | Cox Communications | 9/22/10 12:11 PM | rebecca blue - throated.wmv |
| 72.198.45.3 | Cox Communications | 9/22/10 12:25 PM | Addison Heart |
| 72.200.207.186 | Cox Communications | 9/24/10 10:36 PM | Lexi Bloom.wmv |
| 68.12.230.173 | Cox Communications | 9/19/10 5:21 PM | Addison Heart |
| 68.97.152.231 | Cox Communications | 9/22/10 12:21 PM | rebecca blue - throated.wmv |
| 70.181.61.19 | Cox Communications | 9/24/10 10:27 PM | rebecca blue - throated.wmv |
| 98.183.196.246 | Cox Communications | 9/22/10 12:25 PM | Lexi Bloom.wmv |
| 68.228.135.77 | Cox Communications | 9/22/10 12:22 PM | throated nika 2.wmv |
| 70.188.11.87 | Cox Communications | 9/25/10 10:10 AM | Alanah Rae |
| 98.169.171.180 | Cox Communications | 9/19/10 4:29 PM | Aliyah Likit |
| 67.80.160.37 | CSC Holdings (Cablevision) | 9/21/10 10:04 AM | throated - danica dillan.wmv |
| 69.125.147.153 | CSC Holdings (Cablevision) | 9/21/10 1:32 PM | throated - danica dillan.wmv |
| 68.197.37.100 | CSC Holdings (Cablevision) | 9/19/10 6:24 PM | throated nika 2.wmv |
| 173.3.68.32 | CSC Holdings (Cablevision) | 9/25/10 1:53 AM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 69.115.20.73 | CSC Holdings (Cablevision) | 9/24/10 10:36 PM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 67.85.102.216 | CSC Holdings (Cablevision) | 9/24/10 11:15 PM | Lexi Bloom.wmv |
| 24.189.214.233 | CSC Holdings (Cablevision) | 9/22/10 12:25 PM | throated - danica dillan.wmv |
| 24.186.109.56 | CSC Holdings (Cablevision) | 9/19/10 9:35 PM | Aliyah Likit |
| 69.114.211.9 | CSC Holdings (Cablevision) | 9/25/10 3:28 AM | ItsABigBlackThing.com - Lacey Duvalle |
| 74.89.53.158 | CSC Holdings (Cablevision) | 9/21/10 1:13 PM | throated - danica dillan.wmv |
| 24.47.154.25 | CSC Holdings (Cablevision) | 9/25/10 8:34 PM | Alanah Rae |
| 74.89.94.119 | CSC Holdings (Cablevision) | 9/25/10 10:10 AM | Alanah Rae |
| 68.194.68.46 | CSC Holdings (Cablevision) | 9/24/10 10:43 PM | throated - danica dillan.wmv |
| 68.169.174.125 | EPB Telecom | 9/19/10 4:02 PM | Aliyah Likit |
| 24.139.44.99 | Fidelity Com | 9/24/10 10:36 PM | throated - danica dillan.wmv |
| 173.85.203.60 | Frontier Com | 9/25/10 2:57 PM | Alanah Rae |
| 74.44.85.212 | Frontier Com | 9/24/10 10:34 PM | ItsABigBlackThing.com - Lacey Duvalle |
| 173.87.21.171 | Frontier Com | 9/25/10 1:12 PM | Natasha Nice Throated |
| 64.253.8.109 | Hargray Communications | 9/21/10 4:47 PM | Aliyah Likit |
| 65.7.163.35 | Mediacom | 9/24/10 10:27 PM | Aiden Starr |

| IP Address | ISP | Date/Time | File |
|---|---|---|---|
| 68.209.182.34 | Mediacom | 9/24/10 10:30 PM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 70.156.70.139 | Mediacom | 9/25/10 3:43 AM | Aiden Starr |
| 173.25.180.52 | Mediacom | 9/22/10 2:56 PM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 173.29.209.234 | Mediacom | 9/25/10 6:43 AM | Aiden Starr |
| 65.175.153.132 | MetroCast Cablevision | 9/21/10 12:06 PM | throated nika 2.wmv |
| 24.233.97.133 | MetroCast Cablevision | 9/19/10 4:19 PM | throated nika 2.wmv |
| 66.49.3.37 | NuVox Communications | 9/25/10 12:53 AM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 70.44.243.17 | PenTeleData | 9/25/10 10:10 AM | Alanah Rae |
| 67.41.192.81 | Qwest Com | 9/21/10 10:05 AM | throated - danica dillan.wmv |
| 70.56.227.69 | Qwest Com | 9/22/10 2:46 PM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 97.120.68.32 | Qwest Com | 9/25/10 1:12 PM | Alanah Rae |
| 97.120.66.28 | Qwest Com | 9/25/10 5:57 PM | Alanah Rae |
| 65.126.116.142 | Qwest Com | 9/24/10 11:23 PM | ItsABigBlackThing.com - Lacey Duvalle |
| 66.44.122.158 | RCN | 9/25/10 12:08 AM | Aliyah Likit |
| 216.164.171.172 | RCN | 9/22/10 11:52 AM | rebecca blue - throated.wmv |
| 208.58.26.197 | RCN | 9/25/10 9:58 AM | Aliyah Likit |
| 64.121.67.40 | RCN | 9/25/10 8:34 PM | Alanah Rae |
| 76.189.222.111 | Road Runner | 9/25/10 4:22 PM | Alanah Rae |
| 174.101.56.153 | Road Runner | 9/25/10 12:58 AM | Natasha Nice Throated |
| 65.25.149.205 | Road Runner | 9/24/10 10:47 PM | Aiden Starr |
| 98.155.182.223 | Road Runner | 9/21/10 12:02 PM | Lexi Bloom.wmv |
| 68.201.13.100 | Road Runner | 9/25/10 7:38 AM | ItsABigBlackThing.com - Lacey Duvalle |
| 24.160.79.179 | Road Runner | 9/25/10 8:34 PM | Aliyah Likit |
| 72.185.108.20 | Road Runner | 9/26/10 8:02 AM | Alexis Amore |
| 173.168.178.105 | Road Runner | 9/25/10 2:37 PM | Alexis Amore |
| 97.106.32.126 | Road Runner | 9/24/10 10:31 PM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 97.96.147.152 | Road Runner | 9/21/10 10:04 AM | throated - danica dillan.wmv |
| 98.27.231.103 | Road Runner | 9/24/10 10:31 PM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 173.88.162.147 | Road Runner | 9/24/10 10:30 PM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 66.66.6.192 | Road Runner | 9/26/10 8:40 AM | inya-Throated.10.07.23.Angelina.Valentine.2.wmv |
| 67.246.170.93 | Road Runner | 9/25/10 5:33 AM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 67.246.47.116 | Road Runner | 9/25/10 4:02 PM | Alicia Rhodes |

| IP Address | ISP | Date/Time | File |
|---|---|---|---|
| 67.242.78.200 | Road Runner | 9/21/10 10:04 AM | throated - danica dillan.wmv |
| 67.255.16.100 | Road Runner | 9/22/10 12:25 PM | Lexi Bloom.wmv |
| 65.191.159.203 | Road Runner | 9/24/10 10:35 PM | ItsABigBlackThing.com - Lacey Duvalle |
| 65.190.51.21 | Road Runner | 9/19/10 4:19 PM | rebecca blue - throated.wmv |
| 98.122.98.41 | Road Runner | 9/25/10 2:18 AM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 173.172.51.80 | Road Runner | 9/19/10 5:00 PM | throated nika 2.wmv |
| 72.183.125.234 | Road Runner | 9/19/10 5:21 PM | Natasha Nice Throated |
| 76.186.122.56 | Road Runner | 9/24/10 11:16 PM | throated nika 2.wmv |
| 76.186.122.224 | Road Runner | 9/22/10 2:41 PM | throated nika 2.wmv |
| 76.185.53.247 | Road Runner | 9/19/10 7:54 PM | rebecca blue - throated.wmv |
| 76.183.112.9 | Road Runner | 9/19/10 5:14 PM | Aliyah Likit |
| 24.243.174.145 | Road Runner | 9/25/10 4:03 AM | ItsABigBlackThing.com - Lacey Duvalle |
| 173.174.131.91 | Road Runner | 9/26/10 8:19 AM | Natasha Nice Throated |
| 173.175.186.7 | Road Runner | 9/25/10 2:52 PM | Alexis Amore |
| 173.174.59.200 | Road Runner | 9/24/10 10:31 PM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 173.174.130.129 | Road Runner | 9/25/10 12:28 AM | Natasha Nice Throated |
| 76.184.176.38 | Road Runner | 9/19/10 4:24 PM | Aliyah Likit |
| 173.172.229.45 | Road Runner | 9/24/10 10:30 PM | Natasha Nice Throated |
| 173.173.70.59 | Road Runner | 9/24/10 10:30 PM | throated nika 2.wmv |
| 65.28.71.97 | Road Runner | 9/25/10 12:56 PM | 1f_tanner_mayes2.wmv |
| 71.67.115.221 | Road Runner | 9/19/10 5:21 PM | rebecca blue - throated.wmv |
| 72.229.59.224 | Road Runner | 9/22/10 2:03 PM | Throated.-.Jessica.Bangkok |
| 74.72.245.134 | Road Runner | 9/25/10 1:03 AM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 98.14.20.167 | Road Runner | 9/21/10 10:09 AM | Aliyah Likit |
| 67.244.85.210 | Road Runner | 9/24/10 10:30 PM | throated nika 2.wmv |
| 24.90.70.35 | Road Runner | 9/24/10 11:28 PM | throated - danica dillan.wmv |
| 208.120.65.20 | Road Runner | 9/21/10 10:04 AM | throated - danica dillan.wmv |
| 208.120.65.19 | Road Runner | 9/25/10 10:01 AM | Alicia Rhodes |
| 97.100.169.56 | Road Runner | 9/21/10 11:32 AM | Aliyah Likit |
| 97.104.84.156 | Road Runner | 9/22/10 2:41 PM | Addison Heart |
| 72.189.214.57 | Road Runner | 9/22/10 12:46 PM | rebecca blue - throated.wmv |
| 24.110.94.209 | Road Runner | 9/25/10 12:47 PM | rebecca blue - throated.wmv |

| IP Address | ISP | Date/Time | File |
|---|---|---|---|
| 98.148.191.242 | Road Runner | 9/19/10 7:34 PM | Aliyah Likit |
| 76.173.84.41 | Road Runner | 9/25/10 5:02 PM | Aliyah Likit |
| 75.83.29.21 | Road Runner | 9/21/10 4:47 PM | throated - danica dillan.wmv |
| 75.83.4.85 | Road Runner | 9/26/10 8:47 AM | inya-Throated.10.07.23.Angelina.Valentine.2.wmv |
| 75.82.60.71 | Road Runner | 9/19/10 3:57 PM | Aliyah Likit |
| 98.151.185.221 | Road Runner | 9/26/10 8:04 AM | Aliyah Likit |
| 98.154.167.215 | Road Runner | 9/25/10 8:34 PM | Lexi Bloom.wmv |
| 24.165.2.212 | Road Runner | 9/22/10 1:56 PM | Aliyah Likit |
| 98.148.214.60 | Road Runner | 9/22/10 12:21 PM | throated nika 2.wmv |
| 24.152.188.226 | Road Runner | 9/22/10 12:21 PM | Aliyah Likit |
| 98.149.191.221 | Road Runner | 9/21/10 10:18 AM | Lexi Bloom.wmv |
| 174.102.239.41 | Road Runner | 9/19/10 7:29 PM | Natasha Nice Throated |
| 75.56.212.30 | SBC Internet | 9/19/10 5:19 PM | Throated.-.Jessica.Bangkok |
| 75.37.44.16 | SBC Internet | 9/24/10 10:47 PM | throated - danica dillan.wmv |
| 69.234.214.128 | SBC Internet | 9/24/10 11:15 PM | Aliyah Likit |
| 99.98.250.131 | SBC Internet | 9/25/10 8:34 PM | Alanah Rae |
| 75.22.190.209 | SBC Internet | 9/25/10 3:48 AM | throated nika 2.wmv |
| 71.130.8.63 | SBC Internet | 9/25/10 8:34 PM | Aliyah Likit |
| 75.20.188.219 | SBC Internet | 9/21/10 3:03 PM | throated nika 2.wmv |
| 75.22.93.250 | SBC Internet | 9/21/10 10:52 AM | Lexi Bloom.wmv |
| 75.48.5.98 | SBC Internet | 9/21/10 10:22 AM | Aliyah Likit |
| 75.44.202.175 | SBC Internet | 9/21/10 12:06 PM | throated nika 2.wmv |
| 76.200.163.196 | SBC Internet | 9/24/10 11:03 PM | Aliyah Likit |
| 76.242.36.114 | SBC Internet | 9/24/10 10:44 PM | Throated.-.Jessica.Bangkok |
| 69.111.115.18 | SBC Internet | 9/24/10 10:47 PM | throated - danica dillan.wmv |
| 99.52.248.74 | SBC Internet | 9/24/10 11:03 PM | Aliyah Likit |
| 75.27.38.10 | SBC Internet | 9/22/10 11:56 AM | throated - danica dillan.wmv |
| 99.73.104.126 | SBC Internet | 9/25/10 10:10 AM | Alanah Rae |
| 75.19.73.169 | SBC Internet | 9/21/10 10:18 AM | Lexi Bloom.wmv |
| 70.130.163.139 | SBC Internet | 9/22/10 2:41 PM | throated - danica dillan.wmv |
| 76.235.39.221 | SBC Internet | 9/25/10 6:32 PM | Alexis Amore |
| 76.235.41.81 | SBC Internet | 9/25/10 5:47 PM | Alexis Amore |

| IP Address | ISP | Date/Time | File |
|---|---|---|---|
| 99.135.8.68 | SBC Internet | 9/25/10 7:49 PM | Alexis Amore |
| 76.235.35.121 | SBC Internet | 9/25/10 2:37 PM | Alexis Amore |
| 99.135.15.104 | SBC Internet | 9/26/10 8:00 AM | Alexis Amore |
| 99.139.138.57 | SBC Internet | 9/26/10 9:45 AM | Alexis Amore |
| 70.139.211.30 | SBC Internet | 9/22/10 2:03 PM | Lexi Bloom.wmv |
| 70.138.121.48 | SBC Internet | 9/25/10 10:01 AM | Alicia Rhodes |
| 75.101.60.96 | Sonic Net | 9/25/10 10:01 AM | Alicia Rhodes |
| 71.189.172.56 | Verizon Internet Services | 9/22/10 12:25 PM | Lexi Bloom.wmv |
| 173.60.134.153 | Verizon Internet Services | 9/19/10 9:30 PM | Aliyah Likit |
| 96.247.127.190 | Verizon Internet Services | 9/24/10 11:15 PM | Natasha Nice Throated |
| 96.252.207.62 | Verizon Internet Services | 9/25/10 10:10 AM | Alanah Rae |
| 96.244.222.86 | Verizon Internet Services | 9/25/10 10:01 AM | Alicia Rhodes |
| 173.48.137.43 | Verizon Internet Services | 9/21/10 10:18 AM | Lexi Bloom.wmv |
| 96.248.107.100 | Verizon Internet Services | 9/19/10 6:33 PM | Throated.-.Jessica.Bangkok |
| 71.172.67.50 | Verizon Internet Services | 9/21/10 2:08 PM | Aliyah Likit |
| 98.116.38.80 | Verizon Internet Services | 9/25/10 6:59 PM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 173.63.242.137 | Verizon Internet Services | 9/24/10 10:36 PM | Lexi Bloom.wmv |
| 96.242.49.63 | Verizon Internet Services | 9/21/10 12:32 PM | throated - danica dillan.wmv |
| 173.77.241.77 | Verizon Internet Services | 9/19/10 4:13 PM | Aliyah Likit |
| 173.77.92.243 | Verizon Internet Services | 9/25/10 4:37 PM | Alicia Rhodes |
| 71.190.128.202 | Verizon Internet Services | 9/25/10 10:10 AM | Alanah Rae |
| 173.56.25.198 | Verizon Internet Services | 9/25/10 8:34 PM | Lexi Bloom.wmv |
| 72.89.223.185 | Verizon Internet Services | 9/25/10 1:13 AM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 98.116.69.231 | Verizon Internet Services | 9/25/10 10:01 AM | Alicia Rhodes |
| 96.250.40.48 | Verizon Internet Services | 9/22/10 1:26 PM | Aliyah Likit |
| 71.190.155.143 | Verizon Internet Services | 9/25/10 5:57 PM | Alicia Rhodes |
| 70.104.138.187 | Verizon Internet Services | 9/21/10 12:12 PM | throated - danica dillan.wmv |
| 71.190.178.54 | Verizon Internet Services | 9/19/10 4:53 PM | Throated.-.Jessica.Bangkok |
| 71.183.206.139 | Verizon Internet Services | 9/19/10 9:09 PM | Aliyah Likit |
| 74.111.185.252 | Verizon Internet Services | 9/21/10 12:37 PM | Lexi Bloom.wmv |
| 173.75.4.19 | Verizon Internet Services | 9/21/10 4:08 PM | throated - danica dillan.wmv |
| 71.185.82.16 | Verizon Internet Services | 9/24/10 11:18 PM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |

| IP Address | ISP | Date/Time | File |
|---|---|---|---|
| 98.114.195.110 | Verizon Internet Services | 9/26/10 8:00 AM | Alexis Amore |
| 96.238.35.68 | Verizon Internet Services | 9/24/10 11:28 PM | Lexi Bloom.wmv |
| 173.57.72.174 | Verizon Internet Services | 9/21/10 10:18 AM | Lexi Bloom.wmv |
| 173.79.109.180 | Verizon Internet Services | 9/24/10 11:15 PM | Melanie Rios - Stuffed Petite (24 July 2010).mp4 |
| 96.255.227.88 | Verizon Internet Services | 9/21/10 10:18 AM | Lexi Bloom.wmv |
| 71.246.204.154 | Verizon Internet Services | 9/22/10 12:25 PM | Lexi Bloom.wmv |
| 76.14.143.96 | Wave Broadband | 9/24/10 10:56 PM | Throated.-.Jessica.Bangkok |
| 76.14.186.123 | Wave Broadband | 9/25/10 3:27 PM | Aliyah Likit |
| 74.84.26.161 | West Central Wireless | 9/21/10 10:18 AM | Lexi Bloom.wmv |
| 69.47.210.48 | WideOpenWest | 9/26/10 8:47 AM | Bobbi Starr - Throated.mp4 |
| 166.82.99.182 | Windstream Com | 9/24/10 10:36 PM | Lexi Bloom.wmv |
| 75.89.17.177 | Windstream Com | 9/24/10 11:15 PM | ItsABigBlackThing.com - Lacey Duvalle |
| 68.232.126.40 | Windstream Com | 9/24/10 11:15 PM | OnlyTeenBlowJobs.10.08.11.Tia.Cyrus.XXX.1080p.wmv |