**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FUTURE BLUE, INC. | ) | |
| | ) | CASE NO.: |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge: |
| | ) | Magistrate Judge: |
| DOES 1 – 300 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**PLAINTIFFS' NOTICE OF *EX PARTE* MOTION FOR LEAVE TO TAKE
DISCOVERY PRIOR TO RULE 26 CONFERENCE**

PLEASE TAKE NOTICE that at the earliest available opportunity the undersigned shall

appear before the Honorable United States Judge or Magistrate Judge assigned to this case at 219

South Dearborn Street, Chicago, IL and shall then and there present an *Ex Parte* Motion For

Leave To Take Discovery Prior To Rule 26 Conference.

Respectfully submitted,

Future Blue, Inc.

**DATED:**  September 29, 2010

By:    /s/ John Steele_____
         John L. Steele (Bar No. 6292158)
         Steele Law Firm, LLC
         161 N. Clark St.
         Suite 4700
         Chicago, IL 60601
         312-893-5888;   Fax 312-893-5604
         john@steele-law.com
         *Attorney for Plaintiff*