# EXHIBIT A

**IP Address**

166.82.99.182
173.85.203.60
173.87.21.171
24.196.45.202
24.207.135.220
24.233.97.133
64.253.8.109
65.126.116.142
65.175.153.132
66.189.145.192
66.190.158.28
67.103.199.18
67.41.192.81
68.113.144.158
68.117.98.15
68.184.38.161
68.187.45.162
68.190.232.30
68.232.126.40
69.47.210.48
70.56.227.69
71.20.8.127
71.21.93.129
71.91.76.42
71.92.209.182
74.211.76.136
74.44.85.212
75.138.249.112
75.140.3.5
75.143.93.48
75.89.17.177
96.25.82.164
96.41.4.172

97.120.66.28
97.120.68.32
97.83.235.120