

UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| FUTURE BLUE, INC.<br>Plaintiff<br><br>v.<br><br>JOHN DOE #1, pro se<br>and multiple John Does<br>Defendant | Civil Action No. 1:10-cv-06256<br><br>FILED<br>JAN 25 2011<br>Jan 25. 2011<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT<br><br>10cv6256 |

## MOTION FOR PROTECTIVE ORDER

This motion is pursuant to Rule 37, F.R. Civ. Pr., and is for a protective order to be issued in the above styled case, and files this motion not to make an appearance, but to contest personal jurisdiction, and is made by the undersigned who states that:

1. The undersigned has complied with Rule 37(1) in that he has conferred with the party failing to make disclosure or discovery, namely, his internet service provider, who provided notice of the underlying action and expressed opportunity to file a motion to quash a subpoena.

2. Notice is not required to all parties under the rule.

3. This is filed in the court where the discovery is to be taken on a non-party pursuant to rule 37(2).

4. The purpose of the various filings by the undersigned is to protect his identity from being disclosed to the Plaintiff and automatically subjecting himself to the jurisdiction of this court.

5. The authority of this motion is based on principles higher than statutory authority, that of personal jurisdiction guaranteed by the constitution. See International Shoe Co. v. Washington, 326 U.S. 310 (1945).

WHEREFORE, the undersigned, identified by IP address 173.75.4.19, would respectfully request an order protecting his true identity, substantially in the form of "John Doe #1" (identity protected) has filed motion for protective order in this case, and all filings shall be redacted to eliminate personal information when electronically docketed."

Dated this 19th day of January, 2011.

Respectfully submitted,

John Doe #1, pro se
IP Address: 173.75.4.19