IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Future Blue, Inc. | ] | Case No. 10-CV-06256 |
| | ] | |
| v. | ] | Judge Zagel |
| | ] | |
| Does 1-300 | ] | Magistrate Judge Gilbert |

CONSENTED MOTION TO WITHDRAW
MOTION TO QUASH
WITHOUT PREJUDICE

Movant, John Doe, identified by the IP Address No. 173.57.72.174 (hereinafter, "John Doe"), through its attorneys, Davis McGrath LLC, and with the consent of the plaintiff, Future Blue, Inc., moves the Court to withdraw its Motion to Quash [Docket ID 18], without prejudice. By agreement of the parties, the IP address of John Doe 173.57.72.174 will be withheld from production pending the decision on a similar Motion to Quash filed in the First Time Videos litigation, Case No. 10-CV-06254. Counsel therefore respectfully requests that the briefing schedule set on January 20, 2011 be set aside.

Respectfully submitted,

FUTURE BLUE, INC.

By: _____

John L. Steele
STEELE HANSMEIER PLLC
161 North Clark Street, Suite 4700
Chicago, Illinois 60601

JOHN DOE 173.57.72.174

By: /s/ Kevin A. Thompson
Attorney of Record

Kevin A. Thompson
DAVIS MCGRATH LLC
125 S. Wacker, Suite 1700
Chicago, Illinois 60606

1

## Certificate of Service

I hereby certify that the foregoing CONSENTED MOTION TO WITHDRAW MOTION TO QUASH WITHOUT PREJUDICE was filed with the Clerk of Court using the ECF system on January __26__, 2010 and thereby served on all counsel of record.

By: /s/ Kevin A. Thompson
Attorney of Record

2