**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Future Blue, Inc. | ] | Case No. 10-CV-06256 |
| | ] | |
| v. | ] | Judge Zagel |
| | ] | |
| Does 1-500 | ] | Magistrate Judge Gilbert |

**NOTICE OF MOTION**

To: John Steele
Steele Hansmeier PLLC
161 North Clark Street, Suite 4700
Chicago, Illinois 60601

Please be advised that the undersigned shall appear on February 1, 2011 at 10:15 a.m. before Judge Zagel or any Judge sitting in his stead, in Courtroom 2503, United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, IL 60604, and shall thereupon present **CONSENTED MOTION TO WITHDRAW MOTION TO QUASH WITHOUT PREJUDICE**, a true and correct copy of which was previously served upon you through the ECF system.

                                             Respectfully submitted,

                                             JOHN DOE 173.57.72.174

                           By:    /s/ Kevin A Thompson_____
                                      One of its Attorneys

Kevin A. Thompson (Reg. No. 6256767)
DAVIS McGRATH LLC
125 South Wacker Drive, Suite 1700
Chicago, Illinois 60606
Telephone:    (312) 332-3033
Facsimile:    (312) 332-6376
kthompson@davismcgrath.com