

UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| FUTURE BLUE, INC.<br>Plaintiff<br><br>v.<br><br>JOHN DOE #1, pro se<br>and multiple John Does<br>Defendant | Civil Action No. 1:10-cv-06256<br><br>**FILED**<br>JAN 25 2011<br>Jan 25.2011<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## AFFIDAVITS IN SUPPORT OF MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH SUBPOENA

**Filed Under Penalty of Perjury**

I, John Doe #1, the Affiant, am making and filing this affidavit solely in support of disputing jurisdiction in the above styled matter. However, in the event that jurisdiction is found proper, and proper service is effected on the undersigned, and if no supplementary answer is filed by defendant within 30 days of service, the intent of this affidavit shall be changed to be considered to be a verified response to the Plaintiff's complaint, negatively averring all claims, and setting fourth affirmative defenses. I hereby certify that the following statements are true, the Affiant, sayeth that:

*Personal Jurisdiction*

1. Affiant has had no contact and done no business with the Plaintiff, and has not entered into any agreement with the Plaintiff.

2. Affiant does not reside within the state or district in which the above styled case was filed, and instead resides in Allegheny County, PA

3. Affiant has not caused tortuous injury within the state or district in which the above styled case was filed.

4. Affiant does not regularly solicit business within the state or district in which the above styled case was filed.

5. Affiant does not engage in any other persistent course of conduct within the state or district in which the above styled case was filed.

6. Affiant does not derive substantial revenue from goods used or consumed, or services rendered, within the state or district in which the above case was filed.

7. I have taken no action, and had no contacts, which would reasonably allow me to anticipate being haled into court within the state or district in which the above case was filed.

8. I am unaware of any defenses that I have taken that are similar in nature to the other Defendants in this case, and I am unaware of any reasonable connection between myself and the cases of the other Defendants.

*General Defenses/Affirmative Defenses*

Affiant adopts the below affirmative defenses statements as true:

1. Affiant runs an operating system (e.g. Linux, Windows, etc.) which would allow a bittorrent client to be operated by a remote user, and had such system open to multiple users at the time of alleged infringement. A user, other than the Affiant, could have committed the alleged infringement. Affiant has no knowledge of the alleged infringement.

2. Affiant has multiple computers in their residence used by multiple users (family members, roommates, friends, visitors, etc.) that all share the same IP address (internet connection). Affiant has no knowledge of the alleged infringement.

3. Affiant, under penalty of perjury, certifies to this court, that they have no knowledge of this alleged infringement.

4. Affiant was working at his place of employment during the time of alleged infringement. Affiant has no knowledge of this alleged infringement.

5. Plaintiff is fully aware of this court's lack of personal jurisdiction of the undersigned, and is simply using this court to obtain information to subject the undersigned to this jurisdiction, therefore the affiant should remain anonymous.

FURTHER, AFFIANT SAYETH NAUGHT.

I hereby declare, certify and state, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Dated 01/19/2011

> Respectfully submitted,
> John Doe #1, pro se
> IP Address: 173.75.4.19