

**BARRY FUQUA**
7324 Middlebrook Circle
Nashville, TN 37221

March 15, 2011

Mr. John Steele
Steele Law Firm LLC
161 N. Clark Street
Suite 4700
Chicago, IL 60601

**FILED**

MAR 21 2011

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Sent via e-mail to John@steele-law.com)

    Re:    Future Blue, Inc. v. Does 1 – 300
           v.
           Does 1 – 300
           Civil Action No. 1:10-cv-06256
           U.S. District Court for the Northern District of Illinois

Dear Mr. Steele:

    I have received a letter from Comcast with the attached Order and Subpeona regarding the above-referenced case. I am contacting you to request information regarding this case and assistance in quickly and cost-effectively resolving this matter without securing an attorney or making a Court appearance.

    First, let me say that I, personally, absolutely deny uploading and/or downloading any movies or information, which would infringe upon Future Blue, Inc.'s copyrights. Actually, I do not even own a computer and admit that I am somewhat computer-illiterate. However, there are two other occupants at my residence who I cannot absolutely refute as possibly inappropriately or unintentionally downloading material onto their computer.

    Second, in an effort to determine that this is a legitimate case, could you please provide specific information as to the movie or material that was allegedly downloaded/uploaded rather than a just a time frame? I would like the option to investigate that this information was actually downloaded via my assigned internet protocol address.

    Further, I am willing to cooperate and provide further information related to this incident, if needed. Please respond at your earliest convenience with information on how

Mr. John Steel
March 15, 2011
Page 2

this can be settled in an expedient manner. Thanking you in advance for your assistance in this matter.

Sincerely,

*Barry Fuqua*

Barry Fuqua

BF/kf

Copy to:  Mr. Michael W. Dobbins, Clerk of the Court
U.S. District Court for the Northern District of Illinois
Eastern Division
(Sent via Certified Mail)