

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FUTURE BLUE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:10-cv-06256 |
| ) | |
| DOES 1-300 ) | |
| ) | |
| Defendants. ) | |

FILED
MAR 2 5 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## DECLARATION TO SUPPORT MOTION BY DEFENDANT DOE 71.237.195.101

COMES NOW DOE 71.237.195.101[1] pro se, and hereby declares:

1. I am a residential customer of Comcast Cable Communications. I was notified in a letter from Comcast dated February 25, 2011 that information related to the IP address 71.237.195.101 was subpoenaed by plaintiffs in association with this case. The letter from Comcast informed me that unless I responded to this court, Comcast would disclose my "name, address, and other information" in response to the subpoena.

2. I am a resident of Portland, Oregon. I was an Oregon resident at the time identified in Plaintiff's subpoena. At no time have I ever been a resident of Illinois.

3. I have not transacted any business in Illinois.

4. I have not contracted to supply services in Illinois.

5. I have no interest in any real property located in Illinois.

6. I do not use any real property located in Illinois.

---

[1] As attested in a sealed motion for protective order accompanying this filing, I have signed this declaration as a John Doe to avoid giving Plaintiffs the very information that would be revealed in response to the subpoena that I am seeking to quash.

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation, or agreement located or executed to be performed in Illinois.

8. I do not do business in or solicit business from Illinois, or sell products or services in the stream of commerce which might enter Illinois.

9. I do not derive any income from Illinois.

10. I do not engage in any other persistent course of conduct in Illinois.

11. I do not consent to personal jurisdiction in any court in Illinois.


I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct.

Dated this 22nd day of March, 2011.

                                                Doe 71.237.195.101, pro se

                                                _Doe 71.237.195.101_