# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICK HAIG PRODUCTIONS, E.K., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:10-CV-1900-N |
| | § | |
| DOES 1-670, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This Order addresses in part Plaintiff Mick Haig Productions, E.K.'s, ("Mick Haig") motion for leave to take discovery prior to Rule 26(f) conference (the "Discovery Motion") [2]. The Court finds that the Discovery Motion concerns matters that could materially affect the Defendant Does 1-670's interests. But, because the Defendants' identities have yet to be ascertained, the Does cannot represent their interests before this Court.

Accordingly, the Court appoints the individuals listed in Exhibit A to this Order to serve as attorneys ad litem, without compensation, for the Defendant Does. This appointment will terminate upon disposition of the Discovery Motion. The Court further orders that the attorneys ad litem are admitted to practice before the Court *pro hac vice*. The Defendants shall file their response to the Discovery Motion no later than November 24, 2010.

Signed October 25, 2010.

David C. Godbey
United States District Judge

**Exhibit A**

Cindy Cohn
Electronic Frontier Foundation
454 Shotwell St.
San Francisco, CA 94110
T: (415) 436-9333
F: (415) 436-9993
cindy@eff.org

Matt Zimmerman
Electronic Frontier Foundation
454 Shotwell St.
San Francisco, CA 94110
T: (415) 436-9333
F: (415) 436-9993
mattz@eff.org

Paul Alan Levy
Public Citizen Litigation Group
1600 – 20th St., N.W.
Washington, D.C. 20009
T: (202) 588-1000
F: (202) 588-7795
plevy@citizen.org