IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Future Blue, Inc. | ) | Case No. 10-cv-06256 |
| | ) | |
| v. | ) | Judge Zagel |
| | ) | |
| Does 1-300 | ) | |

## CONSENTED MOTION TO WITHDRAW
## MOTION TO QUASH SUBPOENA AND FOR COSTS AND FEES
## WITH PREJUDICE

Movant, John Doe, identified by the Internet Protocol ("IP") address 98.183.196.246, by and through the undersigned counsel hereby moves to withdraw its Motion to Quash and For Costs and Fees [Docket ID 34], with prejudice. The parties have been able to reach a settlement and the previous Motion to Quash is hereby rendered moot.

Respectfully submitted,

FUTURE BLUE, INC.

By: _____
John L. Steele (Bar No 6292158)
Attorney for Plaintiff

Steele Law Firm, LLC
161 N. Clark St.
Suite 4700
Chicago, IL 60601
(312) 893-5888; Fax (312) 893-5604
john@steele-law.com

John Doe 98.183.196.246

By: _____
David Gulbransen
Attorney for Defendant

David Gulbransen (#6296646)
Law Office of David Gulbransen
159 N. Marion Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p. (312) 873-4377 f.
david@gulbransenlaw.com