# EXHIBIT A

**IP Address**

173.3.68.32

173.77.241.77

24.91.220.83

67.85.102.216

68.225.237.4

68.39.27.149

69.115.20.73

71.185.82.16

74.111.185.252

74.89.53.158

74.89.94.119

96.242.49.63

96.247.127.190

98.193.189.112

98.217.216.207