IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FUTURE BLUE, INC. | CASE NO. 10-cv-06256 |
| Plaintiff, | Judge: Hon. Suzanne B. Conlon |
| v. | **AGREED MOTION TO AMEND PRESENTMENT DATE AND STATUS HEARING DATE** |
| DOES 1 – 300 | |
| Defendants. | |

Anonymous individuals associated with IP addresses 173.57.72.174 and 72.89.223.185 ("Movants") moved the Court, in separate motions, through their attorney Kevin A. Thompson, to quash Plaintiff's subpoena, for severance and for costs and fees (Mot. to Quash Subpoena, for Severance and for Costs and Fees, ECF No. 54 [hereinafter Motion to Quash # 54]); (Mot. to Quash Subpoena, for Severance and for Costs and Fees, ECF No. 57 [hereinafter Motion to Quash # 57].) Counsel for Movants scheduled a presentment date of June 8, 2011, at 9:00 a.m. for each of the motions.

By agreement of the parties, Plaintiff and Movant respectfully move the Court to amend the date and time of presentment for Motion to Quash #54 and Motion to Quash #57 to June 15, 2011 at 9:00 a.m. The parties also move the Court to amend the date of the status hearing in this matter to the same day and time.

[intentionally left blank]

1

Respectfully submitted,

FUTURE BLUE, INC.

**DATED:** May 27, 2011

By: /s/ John Steele
John Steele (Bar No. 6292158)
Steele Hansmeier PLLC
161 N. Clark St.
Suite 4700
Chicago, IL 60601
312-880-9160;   Fax 312-893-5677
jlsteele@wefightpiracy.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on May 27, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                                                          s/ John Steele
                                                          JOHN STEELE