# EXHIBIT A

**IP Address**

| | | | |
|---|---|---|---|
| 173.25.180.52 | 68.36.254.5 | 75.101.60.96 | 98.199.213.234 |
| 173.29.209.234 | 68.44.102.35 | 75.19.73.169 | 98.199.228.98 |
| 173.56.25.198 | 68.51.51.229 | 75.20.188.219 | 98.211.177.16 |
| 173.60.134.153 | 68.54.9.77 | 75.22.190.209 | 98.223.176.75 |
| 173.63.242.137 | 68.58.200.152 | 75.22.93.250 | 98.227.115.234 |
| 173.75.4.19 | 68.7.155.103 | 75.27.38.10 | 98.249.30.28 |
| 174.59.223.236 | 68.97.152.231 | 75.37.44.16 | 99.135.15.104 |
| 174.66.161.50 | 68.98.12.160 | 75.44.202.175 | 99.135.8.68 |
| 174.66.177.111 | 69.111.115.18 | 75.48.5.98 | 99.139.138.57 |
| 24.1.252.36 | 69.114.211.9 | 75.56.212.30 | 99.52.248.74 |
| 24.118.139.55 | 69.125.147.153 | 75.64.208.173 | 99.73.104.126 |
| 24.126.157.16 | 69.181.230.50 | 75.72.180.73 | 99.98.250.131 |
| 24.130.218.186 | 69.234.214.128 | 75.74.9.170 | |
| 24.130.223.79 | 69.26.148.135 | 76.102.229.128 | |
| 24.139.44.99 | 70.104.138.187 | 76.103.223.245 | |
| 24.14.165.61 | 70.130.163.139 | 76.105.102.22 | |
| 24.17.12.94 | 70.138.121.48 | 76.105.27.237 | |
| 24.170.235.1 | 70.139.211.30 | 76.113.47.194 | |
| 24.18.46.171 | 70.156.70.139 | 76.118.178.204 | |
| 24.186.109.56 | 70.170.1.136 | 76.17.103.64 | |
| 24.189.214.233 | 70.170.82.11 | 76.184.176.38 | |
| 24.21.190.194 | 70.173.194.220 | 76.189.222.111 | |
| 24.21.216.143 | 70.176.37.75 | 76.19.39.70 | |
| 24.218.204.37 | 70.178.197.19 | 76.200.163.196 | |
| 24.251.108.16 | 70.181.61.19 | 76.235.35.121 | |
| 24.4.37.126 | 70.188.242.202 | 76.235.39.221 | |
| 24.47.154.25 | 70.44.243.17 | 76.235.41.81 | |
| 24.63.244.240 | 71.130.8.63 | 76.242.36.114 | |
| 24.91.97.50 | 71.172.67.50 | 76.25.244.46 | |
| 65.7.163.35 | 71.183.206.139 | 76.94.241.210 | |
| 66.49.3.37 | 71.189.172.56 | 96.238.35.68 | |
| 67.159.44.182 | 71.190.128.202 | 96.244.222.86 | |
| 67.164.40.113 | 71.190.155.143 | 96.248.107.100 | |
| 67.173.110.212 | 71.190.178.54 | 96.250.40.48 | |
| 67.185.114.184 | 71.193.66.232 | 96.252.207.62 | |
| 67.188.82.198 | 71.194.198.133 | 97.106.32.126 | |
| 67.80.160.37 | 71.197.214.153 | 98.114.195.110 | |
| 68.11.231.173 | 71.230.56.21 | 98.116.38.80 | |
| 68.11.27.241 | 71.231.107.160 | 98.116.69.231 | |
| 68.110.92.68 | 71.237.131.197 | 98.148.191.242 | |
| 68.12.230.173 | 71.246.204.154 | 98.148.4.248 | |
| 68.169.174.125 | 71.61.6.94 | 98.151.185.221 | |
| 68.197.37.100 | 72.200.207.186 | 98.165.133.186 | |
| 68.2.106.164 | 72.208.145.10 | 98.169.171.180 | |
| 68.209.182.34 | 72.208.155.112 | 98.176.4.34 | |
| 68.228.135.77 | 74.84.26.161 | 98.192.195.117 | |