**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FUTURE BLUE, INC. | CASE NO. 10-cv-06256 |
| Plaintiff, | Judge: Hon. Suzanne B. Conlon |
| v. | **JOINT STATUS REPORT** |
| DOES 1 – 300 | |
| Defendants. | |

Pursuant to the Court's Docket Entry of May 5, 2011 (Docket Entry, May 5, 2011, ECF No. 55.), Plaintiff respectfully submits this Joint Status Report.

1. All remaining parties and their counsel: a list of the remaining parties in this case and their counsel—where known—is set forth on Exhibit A to this Joint Status Report;

2. All dismissed parties: a list of the dismissed parties in this case is set forth on Exhibit B to this Joint Status Report;

3. Any unresolved pending motions: a list of unresolved pending motions is as follows:

    a. Motion to Quash Subpoena Duces Tecum (ECF No. 40.);

    b. Motion to Quash Subpoena and Dismiss Doe 71.237.195.101 (ECF No. 41.);

    c. Motion to Quash Subpoena and Dismiss Doe 76.115.200.94 (ECF No. 44.);

    d. Motion of Amicus Curiae Electronic Frontier Foundation for Leave to Submit Related Authority (ECF No. 46.);

    e. Motion by John Doe 173.57.72.174 to Quash Subpoena, For Severance and for Costs and Fees Pursuant to 17 U.S.C. § 505 (ECF No. 54.); and

    f. Motion by John Doe 72.89.223.185 to Quash Subpoena, For Severance and for Costs and Fees Pursuant to 17 U.S.C. § 505 (ECF No. 57.)

4. A list of completed depositions and discovery is as follows: Plaintiff served subpoena duces tecum on the Internet Service Providers listed in Exhibit A to Plaintiff's Complaint (ECF No. 1.) No other discovery has taken place;

5. Scheduled depositions not yet completed: Not applicable; and

6. Status of settlement negotiations: Plaintiff expects settlement negotiations with the remaining parties to be advanced based on the resolution of the pending motions to quash.

Respectfully submitted,

FUTURE BLUE, INC.

**DATED:** June 3, 2011

By: /s/ John Steele
John Steele (Bar No. 6292158)
Steele Hansmeier PLLC
161 N. Clark St.
Suite 4700
Chicago, IL 60601
312-880-9160;  Fax 312-893-5677
jlsteele@wefightpiracy.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on June 3, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                                                                                   s/ John Steele
                                                                                   JOHN STEELE