# EXHIBIT A

| IP Address | Counsel |
| --- | --- |
| 173.57.72.174 | Kevin Thompson |
| 71.237.195.101 | |
| 71.56.130.142 | |
| 72.89.223.185 | Kevin Thompson |
| 76.115.200.94 | |
| 76.98.232.58 | |
| 98.220.154.63 | |