# EXHIBIT B

IP Address

| | | | | | |
|---|---|---|---|---|---|
| 166.82.99.182 | 24.170.235.1 | 67.246.170.93 | 70.139.211.30 | 72.229.59.224 | 76.186.122.56 |
| 173.168.178.105 | 24.18.46.171 | 67.246.47.116 | 70.156.70.139 | 74.111.185.252 | 76.189.222.111 |
| 173.172.229.45 | 24.186.109.56 | 67.255.16.100 | 70.170.1.136 | 74.211.76.136 | 76.19.39.70 |
| 173.172.51.80 | 24.189.214.233 | 67.80.160.37 | 70.170.82.11 | 74.44.85.212 | 76.200.163.196 |
| 173.173.70.59 | 24.196.45.202 | 67.85.102.216 | 70.173.194.220 | 74.72.245.134 | 76.22.253.57 |
| 173.174.130.129 | 24.207.135.220 | 68.11.231.173 | 70.176.119.167 | 74.84.26.161 | 76.235.35.121 |
| 173.174.131.91 | 24.21.190.194 | 68.11.27.241 | 70.176.37.75 | 74.89.53.158 | 76.235.39.221 |
| 173.174.59.200 | 24.21.216.143 | 68.110.92.68 | 70.178.197.19 | 74.89.94.119 | 76.235.41.81 |
| 173.175.186.7 | 24.218.204.37 | 68.111.72.178 | 70.181.61.19 | 75.101.60.96 | 76.242.36.114 |
| 173.25.180.52 | 24.233.97.133 | 68.113.144.158 | 70.188.11.87 | 75.138.249.112 | 76.25.244.46 |
| 173.29.209.234 | 24.243.174.145 | 68.117.98.15 | 70.188.242.202 | 75.140.3.5 | 76.90.209.176 |
| 173.3.68.32 | 24.251.108.16 | 68.12.230.173 | 70.44.243.17 | 75.143.93.48 | 76.94.241.210 |
| 173.48.137.43 | 24.4.37.126 | 68.169.174.125 | 70.56.227.69 | 75.19.73.169 | 96.238.35.68 |
| 173.56.25.198 | 24.4.89.30 | 68.184.38.161 | 71.130.8.63 | 75.20.188.219 | 96.242.49.63 |
| 173.60.134.153 | 24.41.60.52 | 68.187.45.162 | 71.172.67.50 | 75.22.190.209 | 96.244.222.86 |
| 173.63.242.137 | 24.47.154.25 | 68.190.232.30 | 71.183.206.139 | 75.22.93.250 | 96.247.127.190 |
| 173.75.4.19 | 24.63.244.240 | 68.197.37.100 | 71.185.82.16 | 75.27.38.10 | 96.248.107.100 |
| 173.77.241.77 | 24.90.70.35 | 68.2.106.164 | 71.189.172.56 | 75.37.44.16 | 96.25.82.164 |
| 173.77.92.243 | 24.91.220.83 | 68.201.13.100 | 71.190.128.202 | 75.44.202.175 | 96.250.40.48 |
| 173.79.109.180 | 24.91.97.50 | 68.209.182.34 | 71.190.155.143 | 75.48.5.98 | 96.252.207.62 |
| 173.85.203.60 | 64.121.67.40 | 68.225.237.4 | 71.190.178.54 | 75.56.212.30 | 97.100.169.56 |
| 173.87.21.171 | 64.253.8.109 | 68.228.135.77 | 71.193.196.76 | 75.64.208.173 | 97.104.84.156 |
| 173.88.162.147 | 65.126.116.142 | 68.232.126.40 | 71.193.66.232 | 75.72.180.73 | 97.106.32.126 |
| 174.101.56.153 | 65.175.153.132 | 68.36.254.5 | 71.194.198.133 | 75.74.9.170 | 97.120.66.28 |
| 174.102.239.41 | 65.190.51.21 | 68.39.27.149 | 71.197.214.153 | 75.82.60.71 | 97.120.68.32 |
| 174.51.37.66 | 65.191.159.203 | 68.44.102.35 | 71.20.8.127 | 75.83.29.21 | 97.83.235.120 |
| 174.59.223.236 | 65.25.149.205 | 68.44.178.115 | 71.202.233.189 | 75.83.4.85 | 97.96.147.152 |
| 174.66.161.50 | 65.28.71.97 | 68.51.111.56 | 71.21.93.129 | 75.89.17.177 | 98.114.195.110 |
| 174.66.177.111 | 65.34.216.26 | 68.51.51.229 | 71.225.221.47 | 76.102.229.128 | 98.116.38.80 |
| 208.120.65.19 | 65.7.163.35 | 68.54.9.77 | 71.230.56.21 | 76.103.223.245 | 98.116.69.231 |
| 208.120.65.20 | 66.189.145.192 | 68.58.200.152 | 71.231.107.160 | 76.104.128.50 | 98.122.98.41 |
| 208.58.26.197 | 66.190.158.28 | 68.7.155.103 | 71.231.160.178 | 76.105.102.22 | 98.14.20.167 |
| 209.162.3.241 | 66.44.122.158 | 68.97.152.231 | 71.237.131.197 | 76.105.27.237 | 98.148.191.242 |
| 216.164.171.172 | 66.49.3.37 | 68.98.12.160 | 71.246.204.154 | 76.113.47.194 | 98.148.214.60 |
| 24.1.252.36 | 66.66.6.192 | 69.111.115.18 | 71.61.6.94 | 76.118.178.204 | 98.148.4.248 |
| 24.110.94.209 | 67.103.199.18 | 69.114.211.9 | 71.67.115.221 | 76.14.143.96 | 98.151.185.221 |
| 24.118.139.55 | 67.159.44.182 | 69.115.20.73 | 71.91.76.42 | 76.14.186.123 | 98.151.185.221 |
| 24.126.157.16 | 67.162.31.33 | 69.125.147.153 | 71.92.209.182 | 76.168.52.132 | 98.154.167.215 |
| 24.130.218.186 | 67.164.40.113 | 69.181.180.176 | 72.183.125.234 | 76.169.90.106 | 98.155.182.223 |
| 24.130.223.79 | 67.170.202.218 | 69.181.230.50 | 72.185.108.20 | 76.17.103.64 | 98.165.133.186 |
| 24.139.44.99 | 67.170.250.213 | 69.234.214.128 | 72.189.214.57 | 76.17.250.15 | 98.169.171.180 |
| 24.14.165.61 | 67.173.110.212 | 69.26.148.135 | 72.197.245.124 | 76.173.84.41 | 98.176.4.34 |
| 24.152.188.226 | 67.185.114.184 | 69.47.210.48 | 72.198.45.3 | 76.183.112.9 | 98.183.196.246 |
| 24.160.79.179 | 67.188.82.198 | 70.104.138.187 | 72.200.207.186 | 76.184.176.38 | 98.192.195.117 |
| 24.165.2.212 | 67.242.78.200 | 70.130.163.139 | 72.208.145.10 | 76.185.53.247 | 98.193.189.112 |
| 24.17.12.94 | 67.244.85.210 | 70.138.121.48 | 72.208.155.112 | 76.186.122.224 | 98.199.213.234 |

IP Address
98.199.228.98
98.211.177.16
98.217.216.207
98.223.176.75
98.227.115.234
98.249.30.28
98.27.231.103
99.135.15.104
99.135.8.68
99.139.138.57
99.52.248.74
99.73.104.126
99.98.250.131