# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 10 C 6256 | DATE | 6/8/2011 |
| CASE TITLE | FUTURE BLUE, INC. vs. DOES 1-300 | | |

**DOCKET ENTRY TEXT**

Status hearing held. For reasons stated in open court, Does 2 through 300 are severed and dismissed without prejudice as misjoined under Rules 20(a)(2) and 21 of the Federal Rules of Civil Procedures. Doe 1 is dismissed without prejudice for failure to allege any good faith basis to confer personal jurisdiction by this court. An amended complaint may be filed by July 11, 2011. All motions to quash pending subpoenas [40, 41, 44, 54, 57] are granted. Plaintiff shall give written notice of this order to all persons and entities subpoenaed by June 14, 2011. Amicus Curiae Electronic Frontier Foundation's motion for leave to submit related authority [46] is granted.

*/s/ Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:35

| | Courtroom Deputy Initials: | air |
|---|---|---|